UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 00053
  MARCELLUS N LEWIS

                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-2438

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/04/06 and confirmed on 04/12/06.

   2.  The case was dismissed after confirmation, 09/21/2007.

   3.  The Debtor paid a total of $  17875.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 2911.00 | .00 | 873.36 |
| CAPITAL ONE AUTO FINANCE | SECURED | 10923.83 | 784.63 | 3831.43 |
| WELLS FARGO FINANCIAL AC | SECURED | 12472.82 | 2671.92 | 3730.94 |
| INTERNAL REVENUE SERVICE | PRIORITY | 145.54 | .00 | 31.84 |
| MONTEREY FINANCIAL SVCS | SECURED | 1471.00 | 84.85 | 434.64 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| MATCO TOOLS | SECURED | 3126.76 | 189.92 | 777.88 |
| MID AMERICA MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| BOSCO VANDER BENNET FULL | NOTICE ONLY | NOT FILED | .00 | .00 |
| LARKINS POINTE CONDO ASS | SECURED | 784.63 | .00 | 784.63 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 875.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1832.57 | .00 | .00 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

--------------------------------------------------------------------------------
        Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 31690.04 | 145.54 | 2707.57 | .00 | 34543.15 |
| PRINCIPAL PAID | 10432.88 | 31.84 | .00 | .00 | 10464.72 |
| INTEREST PAID | 3731.32 | .00 | .00 | .00 | 3731.32 |

```
TOTAL PAID               14164.20         31.84           .00          .00     14196.04
```
The Debtor's attorney, DAVID M SIEGEL                    , was allowed $   3000.00
and was paid $   3000.00 .

The Trustee received $    678.96 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/18/07                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE